BYRON S. WHIPPLE *vs.* DANIEL A. MARWELL.

AUGUST 2, 1938.

PRESENT: Moss, Baker and Condon, JJ.

After the filing of our former rescript in this case the defendant, by leave of court, filed a motion for reargument. We have carefully considered the motion and the reasons assigned therefor. No matter which was not fully considered by the court being presented, the motion is denied and dismissed.

*Arthur Cushing, Edward W. Bradford,* for plaintiff.

*Arthur L. Conaty,* for defendant.